**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------- X

TRICIA LANE,

*Plaintiff*,

-against-

SALESFORCE, INC.

*Defendant.*

---------------------------------------------------------------- X

Case No. 1:25-cv-09707

**NOTICE OF MOTION TO COMPEL ARBITRATION AND STAY THE COMPLAINT**

TO: Anne L. Clarke, Esq.
VLADECK, RASKIN & CLARK, P.C.
111 Broadway, Suite 1505
New York, New York 10006

**PLEASE TAKE NOTICE** that on a date set by the Court, the undersigned, attorneys for Defendant Salesforce, Inc. ("Defendant"), will move before the United States District Court, Southern District of New York, Thurgood Marshall Courthouse 40 Foley Square, Courtroom 905, for an Order compelling arbitration and staying Plaintiff's Complaint.

**PLEASE TAKE FURTHER NOTICE** that as part of the within Motion, Defendant shall rely upon the Memorandum of Law in support of its Motion and Certification of David McAteer, all of which are being filed concurrently.

**PLEASE TAKE FURTHER NOTICE** that Defendant requests oral argument if any opposition is filed.

Dated: January 23, 2026

FISHER & PHILLIPS LLP
*Attorneys for Defendant*

By: */s/ Colleen P. Tandy*
COLLEEN P. TANDY
KATHRYN K. MIZE

For Fisher & Phillips LLP
400 Connell Drive, Suite 4000
Berkeley Heights, NJ 07922
(908) 516-1050

7 Times Square, Suite 4300
New York, NY 10036
ctandy@fisherphillips.com
kmize@fisherphillips.com